ROCK ISLAND BUTTER COMPANY, Respondent, *v.* JAMES ROWLAND, Appellant.

*Rock Island Butter Co.* v. *Rowland*, 168 App. Div. 913, affirmed.
(Submitted October 25, 1917; decided November 13, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 24, 1915, affirming a judgment in favor of plaintiff entered upon a verdict. The action was brought to recover from defendant the sum of $10,000, with interest, upon an alleged sealed instrument signed by defendant, wherein he promised to pay to one Frederick E. Rosebrock the sum of $10,000 on August 1, 1896. Plaintiff brought the action as assignee of this obligation by various mesne assignments and introduced evidence tending to show that the instrument had been consumed in a fire which destroyed the building wherein it was deposited. The answer was a general denial. On the trial the principal point litigated was whether the instrument was sealed or unsealed and hence whether the six years' Statute of Limitations was applicable.

*Delos McCurdy* and *Henry W. Baird* for appellant.

*Frederic C. Pitcher* and *Walter H. Pollak* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, CARDOZO and CRANE, JJ. Not sitting: MCLAUGHLIN, J.